UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Louis Nogali,<br><br>     Plaintiff<br>v.<br><br>Walmart, Inc.; Wal-Mart Real Estate Business Trust; Does I-X and Roe Corporations I-X,<br><br>     Defendants | Case No. 2:25-cv-02037-JAD-BNW<br><br>**Order Remanding Case Back to State Court** |

For the reasons stated on the record during today's hearing on the plaintiff's motion to remand for untimely removal under 28 U.S.C. § 1446(b)(3), IT IS ORDERED that:

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 4, Case No. A-25-916746-C,** and CLOSE THIS CASE.

- The pending motion to amend the complaint [ECF No. 10] is DENIED as moot and without prejudice to its refiling in state court with necessary revisions to conform to state-court rules and include applicable state-law standards. So **this case returns to state court with no motions pending.**

- **The Clerk of Court is directed to PRINT a copy of the docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

                                                      _____
                                                      U.S. District Judge Jennifer A. Dorsey
                                                      January 5, 2026